HENRY J. GREUTERT, Respondent, v. ROBERT RUMSEY, Appellant.— Order modified by incorporating therein a provision modifying the order for examination by limiting it to the issues concerning .plaintiff's right to an accounting, viz., by confining the examination to sections 1, 2, 3, 5 and 6 of the order, and as so modified affirmed, without costs; date for examination to proceed to be fixed on settlement of order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ELSIE GURDIN and Others, Infants, by HARRY A. BLOOMBERG, Their Guardian ad Litem, Respondents, v. ABRAHAM STIEGLITZ and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.· No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

PETER LASKOFSKY v. POCAHONTAS CONSOLIDATED COLLIERIES COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOHN T. QUINLAN· v. CARNEGIE TRUST COMPANY and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of Opening BENSON AVENUE, etc.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MADERO BROTHERS v. HARRIS WAREHOUSES, etc.— Application denied, with ten dollars ·costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MOLLIE CRONISH v. BENJAMIN GARFUNKEL and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

KUNIGUNDA SCHWEMMER v. SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MYRON M. STUDNER v. H. & N. CARBURETUR COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

STERN BROTHERS v. WILLIAM A. NORWOOD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HARRIMAN NATIONAL BANK v. JESSE W. UNDERWOOD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RUSSELL DUNN.— Motion denied. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BEIRNE KINNEY v. NEWARK FEDERAL LEAGUE BALL CLUB.— Motion· denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.